JS - 6

**FILED: 9/26/14**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERONICA MARQUEZ,<br><br>        Plaintiff,<br><br>  vs.<br><br>MANDARICH LAW GROUP, LLP, et al<br><br>        Defendants. | **CASE NO. EDCV 14-1496 GHK (PLAx)**<br><br>**ORDER OF DISMISSAL** |

The Court having been advised by counsel for the parties that the above-entitled action has been settled,

**IT IS ORDERED** that this action be and is hereby dismissed in its entirety without prejudice to the right, upon good cause shown within **SIXTY (60) DAYS**, to reopen the action if settlement is not consummated.

DATED:  9/26/4

_____
GEORGE H. KING
CHIEF U. S. DISTRICT JUDGE